IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE LASKIEWICZ, | No. 2:11-cv-2828-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| RUSSELL SWARTZ, et al., | |
| Defendants. | |
| _____/ | |

     Plaintiff, proceeding in this action in propria persona, brings this civil action. Pending before the court is defendant Berg's motion to set aside default (Doc. 47).  No opposition to the pending motion has been filed.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for December 12, 2012, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

     IT IS SO ORDERED.

DATED: December 6, 2012

 

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE